# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS CENTURION BANK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>Defendants. | Case No.: 16-CV-0996-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AMERICAN EXPRESS CENTURION BANK WITH PREJUDICE** |

Plaintiff Marissa Glover and Defendant American Express Centurion Bank have filed a Joint Motion to Dismiss American Express Centurion Bank with prejudice. The Joint Motion is **GRANTED**. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 5, 2016

Hon. Roger T. Benitez
United States District Judge