FILED
OCT 19 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS CENTURION BANK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>  Defendants. | Case No.: 16-cv-0996-BEN-BLM<br><br>[PROPOSED] ORDER OF DISMISSAL RE: ACTION<br><br>HON. ROGER T. BENITEZ |

Based upon the Parties' Joint Motion, and good cause, this Court hereby orders the Action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 10/17/2016

/s/ Roger T. Benitez
HON. ROGER T. BENITEZ
U.S. DISTRICT JUDGE